United States District Court
Southern District of Texas
**ENTERED**
April 13, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BRANDON LEE VIRLA BRACHO,       §
                                §
            Petitioner,         §
                                §
v.                              §       CIVIL ACTION NO. H-26-0829
                                §
KRISTI NOEM, et al.,            §
                                §
            Respondents.        §

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Respondents' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE.**

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 13th day of April, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE